# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF IOWA

UNITED STATES OF AMERICA
v.
**ALLYSSA STOVALL**

**JUDGMENT IN A CRIMINAL CASE**

Case Number: **CR 21-2060-1**
USM Number: **66493-509**
**Christopher J. Nathan**
Defendant's Attorney

☐ **Revocation** of Probation
■ **Revocation** of Supervised Release
☐ **Modification** of Supervision Conditions

☐ **AMENDED REVOCATION JUDGMENT**
Date of Most Recent Judgment:

## THE DEFENDANT:

■ admitted guilt to violation(s) **1a-d, 2a-c, 3a-c, 4, 5, 6, 7, 8, 10, 11c-d, 12, 13** of the term of supervision.

☐ was found in violation of __________ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| **1a-d** | **Failure to Maintain Employment** | **10/30/2023** |
| **2a-c, 11c-d** | **New Law Violation** | **12/06/2024** |
| **3a-c, 4** | **Failure to Participate in Substance Abuse Testing** | **08/10/2024** |
| **5** | **Use of Alcohol** | **11/16/2024** |
| **6** | **Failure to Report Law Enforcement Contact** | **11/16/2024** |
| **7, 12** | **Interact/Communicate with Person Engaged in Criminal Activity** | **12/06/2024** |
| **8** | **Failure to Follow USPO Instructions** | **11/16/2024** |
| **10** | **Possession of a Controlled Substance** | **12/06/2024** |
| **13** | **Failure to Complete Community Service** | **12/06/2024** |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant was not found in violation of __________ and is discharged as to such violation(s).
■ The Court did not make a finding regarding violation(s) **9, 11a-b**

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

**C.J. Williams, Chief Judge**
**United States District Court**
Name and Title of Judge

Signature of Judge

**November 3, 2026**
Date of Imposition of Judgment

November 5, 2026
Date

DEFENDANT: **ALLYSSA STOVALL**
CASE NUMBER: **CR 21-2060-1**

## PROBATION

☐ The defendant's supervision is continued with the addition of special condition number(s):

## IMPRISONMENT

☐ No imprisonment is ordered as part of this modification.

■ The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **18 months. It is ordered that this term of imprisonment be served consecutively to the term of imprisonment imposed in Black Hawk County, Iowa, Case No. FECR259680. It is further ordered that this term of imprisonment be served consecutively to the term of imprisonment imposed in United States District Court for the Northern District of Iowa, Case No. 0862 6:26CR02025-001.**

■ The court makes the following recommendations to the Federal Bureau of Prisons:
**It is recommended that the defendant be designated to a Bureau of Prisons facility in close proximity to the defendant's family which is commensurate with the defendant's security and custody classification needs.**

**It is recommended that the Federal Bureau of Prisons note that, from December 6, 2024, to October 29, 2025, the defendant was in the custody of the Black Hawk County Jail as related to Black Hawk County, Iowa, Docket No. FECR259680. On October 29, 2025, the defendant was then transferred to the custody of the Iowa Correctional Institution for Women.**

■ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant must surrender to the United States Marshal for this district:

- ☐ at __________ ☐ a.m. ☐ p.m. on __________ .
- ☐ as notified by the United States Marshal.

☐ The defendant must surrender for service of sentence at the institution designated by the Federal Bureau of Prisons:

- ☐ before 2 p.m. on __________ .
- ☐ as notified by the United States Marshal.
- ☐ as notified by the United States Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on __________ to __________

at __________ with a certified copy of this judgment.

__________
UNITED STATES MARSHAL

By __________
DEPUTY UNITED STATES MARSHAL

DEFENDANT: **ALLYSSA STOVALL**
CASE NUMBER: **CR 21-2060-1**

## SUPERVISED RELEASE

■ Upon release from imprisonment, No Term of Supervised Release is reimposed.